**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Corey HARRELL, Defendant–**
**Appellant.**

**No. 12–11271**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 22, 2012.

Stephen Carlton, U.S. Attorney's Office, West Palm Beach, FL, Wifredo A. Ferrer, Richard Earl Getchell, Jr., Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robert E. Adler, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Corey Harrell, Miami, FL, pro se.

Before HULL, FAY and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Corey Harrell in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Harrell's § 3582(c)(2) motion per Amendment 750 is **AFFIRMED.**